DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BLOUNT

No. 25 PC.

Case below: 31 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. BOSTICK

No. 7 PC.

Case below: 31 N.C. App. 524.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. CARSON

No. 42 PC.

Case below: 32 N.C. App. 234.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. CHISHOLM

No. 22 PC.

Case below: 31 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. HILL

No. 39 PC.

Case below: 31 N.C. App. 733.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.